MS PAWN CORP. and MS Pawn, L.P., Defendants Below–appellants,

v.

Lawrence TREPPEL, Plaintiff Below–appellee.

No. 84, 2016

Supreme Court of Delaware.

Submitted: February 24, 2016
Decided: March 10, 2016

REFUSED.

Thomas C. ROBERTS, Defendant Below–Appellant,

v.

Lawrence TREPPEL, Plaintiff Below–Appellee.

No. 85, 2016

Supreme Court of Delaware.

Submitted: February 23, 2016
Decided: March 10, 2016

REFUSED.

KEY PROPERTIES GROUP, LLC, a Delaware limited liability company, Defendant Below, Appellant,

v.

STATE of Delaware, upon the Relationship of the Secretary of the Department of Transportation, Plaintiff Below, Appellee.

No. 60, 2016

Supreme Court of Delaware.

Submitted: March 8, 2016
Decided: March 11, 2016

REFUSED.